**STATE of Missouri, Respondent,**

v.

**Vickie S. DIESEL, Appellant.**

**No. WD 39421.**

Missouri Court of Appeals,
Western District.

Dec. 15, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 2, 1988.

Melinda K. Pendergraph, Columbia, for appellant.

Richard G. Callahan, Pros. Atty., Mark A. Richardson, Asst. Pros. Atty., Jefferson City, for respondent.

Before CLARK, P.J., and TURNAGE and MANFORD, JJ.

**ORDER**

PER CURIAM:

Appeal from conviction for misdemeanor stealing and sentence of fifteen days in the county jail.

Judgment affirmed. Rule 84.16(b).

**Douglas H. BURKS, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 39163.**

Missouri Court of Appeals,
Western District.

Dec. 22, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 2, 1988.

Susan L. Hogan, Columbia, for movant-appellant.

William L. Webster, Atty. Gen., Jared Richard Cone, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and TURNAGE and MANFORD, JJ.

**ORDER**

PER CURIAM:

Direct appeal from the denial of post-conviction relief sought pursuant to Rule 27.-26.

Judgment affirmed. Rule 84.16(b).